# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | |
|---|---|
| VERNELL SMITH, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:14-cv-102 |
| v. | * |
| COMMISSIONER CAROLYN W. COLVIN, | * |
| Defendant. | * |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections were filed. The Report and Recommendation of the Magistrate Judge, dated June 1, 2015, is **ADOPTED** as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 7 day of July, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)